# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 559 EAL 2018

         Respondent         :

                                 :    Petition for Allowance of Appeal from

                                 :    the Order of the Superior Court

            v.                    :

                                 :

                                 :

ELWOOD SMALL,                 :

                                 :

         Petitioner            :

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of April, 2019, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, as stated by petitioner, are:

(1)    Where Small did not receive notice of his co-defendant Larry Bell's 1993 PCRA hearing, and where Small has been continuously incarcerated, with only limited assistance of counsel on unrelated claims since that time, was Bell's PCRA testimony "unknown" to Small under *Commonwealth v. Burton*[, 158 A.3d 618 (Pa. 2017)]?

(2)    Has Small otherwise satisfied the requirements for an exception to the PCRA time-bar under [42 Pa.C.S.] § 9545(b)(1)(ii) based on his co-defendant Bell's PCRA testimony, such that the PCRA court's grant of a new trial should be reinstated?